## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BEV-HUB, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-4057-HLT-ADM |
| | ) | |
| BLACK RIFLE COFFEE COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>REPORT AND RECOMMENDATION</u>

On July 28, 2024, the court ordered defendant Black Rifle Coffee Company, LLC ("BRCC") to show cause why the undersigned should not recommend that this case be remanded to state court for lack of diversity subject-matter jurisdiction.[1]  (ECF 10.)  BRCC timely responded to the show cause order, revealing that BRCC is a citizen of at least Alabama, California, Colorado, Florida, Georgia, Illinois, Maryland, Minnesota, Missouri, Nebraska, New York, New Jersey, Nevada, Texas, Virginia, and Wyoming.  (ECF 12.)  On July 12, 2024, plaintiff Bev-Hub, LLC ("Bev-Hub") filed its FED. R. CIV. P. 7.1 disclosure statement, which reflected that Bev-Hub is a citizen of Kansas, Colorado, Florida, and Missouri.  (ECF 16.)  Bev-Hub further stated that "complete diversity is lacking" because it and BRCC are both citizens of Colorado, Florida, and Missouri.  (*Id.* at 1 n.1.)  On July 17, 2024, BRCC stated that it "agrees with Bev-Hub that complete diversity is lacking and therefore consents to remand."  (ECF 17.)  Because the parties agree that the court lacks diversity jurisdiction, the undersigned recommends that the district judge remand this case to Riley County District Court.

---

[1] For the court to have diversity jurisdiction pursuant to 28 U.S.C. § 1332, there must be complete diversity of citizenship between the adverse parties.  *Symes v. Harris*, 472 F.3d 754, 758 (10th Cir. 2006).

Dated July 23, 2024, at Kansas City, Kansas.

<u>s/ Angel D. Mitchell</u>
Angel D. Mitchell
U.S. Magistrate Judge