IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BEV-HUB, LLC,

    Plaintiff,

v.

BLACK RIFLE COFFEE COMPANY, LLC,

    Defendant.

Case No. 5:24-cv-04057-HLT-ADM

## ORDER

Defendant Black Rifle Coffee Company removed this case from Riley County, Kansas. Doc. 1. Questions about the diversity of the parties arose, and the magistrate judge issued an order to show cause regarding the parties' citizenship. Doc. 10. After Plaintiff filed its corporate disclosure statement, Defendant filed a consent to remand because the parties were not, in fact, diverse. Doc. 17 at 1 ("BRCC agrees with Bev-Hub that complete diversity is lacking and therefore consents to remand."). Plaintiff agrees this case "belongs in state court." Doc. 20 at 7.

The magistrate judge then issued a Report and Recommendation ("R&R"). Doc. 21. The R&R noted the citizenship claimed by Defendant in response to the show-cause order and the citizenship of Plaintiff in its disclosure statement. *Id.* at 1. Those filings show that both parties are citizens of Colorado, Florida, and Missouri. *Id.* The R&R states that "[b]ecause the parties agree that the court lacks diversity jurisdiction, the undersigned recommends that the district judge remand this case to Riley County District Court." *Id.* Via email, neither party objects to the R&R.

THE COURT THEREFORE ORDERS that the Report and Recommendation (Doc. 21) is ADOPTED as the order of the Court.

THE COURT FURTHER ORDERS that this case is REMANDED to the District Court of Riley County, Kansas. The Court directs the Clerk of Court to take all necessary steps to effectuate this remand.[1]

IT IS SO ORDERED.

Dated: July 24, 2024                                          /s/ *Holly L. Teeter*
                                                                            HOLLY L. TEETER
                                                                            UNITED STATES DISTRICT JUDGE

---

[1] Defendant's Motion to Dismiss (Doc. 18) remains pending.